United States District Court
Southern District of Texas
**ENTERED**
February 15, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| Jeff Cook, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. |
| v. | § | 4:21-cv-03594 |
| | § | |
| Kilolo Kijakazi, | § | |
| Acting Commissioner, Social | § | |
| Security Administration, | § | |
| | § | |
| *Defendant.* | | |

## ORDER ADOPTING RECOMMENDATION OF THE MAGISTRATE JUDGE

Pending are Defendant Kilolo Kijakazi's Motion for Summary Judgment (Document No. 15) and Plaintiff Jeff Cook's Motion for Summary Judgment (Document No. 12). The Court has received from the Magistrate Judge a Memorandum and Recommendation recommending that Defendant's Motion be granted and Plaintiff's Motion be denied. The deadline for objections has passed, and no objections have been filed.

The Court, after having made a *de novo* determination of the parties' Motions for Summary Judgment, is of the opinion that the findings and recommendations of the Magistrate Judge are correct and should be and hereby are accepted by the Court in their entirety. Accordingly,

It is ORDERED and ADJUDGED for the reasons set forth in the Memorandum and Recommendation of the of the United States

Magistrate Judge signed and filed on January 24, 2023, which is adopted in its entirety as the opinion of this Court, that Defendant's Motion for Summary Judgment (Document No. 15) is GRANTED, Plaintiff's Motion for Summary Judgment (Document No. 12) is DENIED, and the decision of the Commissioner is AFFIRMED.

The Clerk will enter this Order and send copies to all parties of record.

Signed at Houston, Texas this 15TH day of February, 2023.

Ewing Werlein, Jr.
United States District Judge